ORDERED.

Dated:  February 01, 2016



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

KARL EDWARDS,                               Case No. 6:15-bk-08516-ABB
                                            Chapter 13

     Debtors.
_____/

### ORDER TEMPORARILY EXTENDING THE AUTOMATIC STAY

This matter came on for consideration without a hearing for the purpose of entering an appropriate order.  The Motion to Impose Automatic Stay (Doc. No. 6) was filed on October 6, 2015 by the Debtor.  The Court is not able to schedule a hearing in compliance with 11 U.S.C. 362(c)(3)(B) within thirty days and finds that in as much as it is necessary, the automatic stay will be extended until such time as a hearing can be scheduled.

Accordingly, it is

**ORDERED, ADJUDGED and DECREED** the automatic stay is continued in full force and effect pending further Court Order; and it is further

**ORDERED, ADJUDGED and DECREED** that a hearing on the Motion to Impose Automatic Stay (Doc. No. 6) is scheduled for February 17, 2016 at 1:30 p.m. in

Courtroom 6B, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL.

The Clerk is directed to serve a copy of this Order on all interested parties.